UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BASEEMAH WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-02267-JPH-CSW |
| DOUGLAS TULINO, | ) ) ) |
| Defendants. | ) |

**ORDER**

Due to severe weather and dangerous travel conditions resulting from the winter storm, the jury trial scheduled to begin on Tuesday, January 27, 2026, is **CONTINUED** to **Thursday, February 5, 2026**, at 9:00 a.m. in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana, before Judge James Patrick Hanlon.

Parties must be present and ready to begin trial at 8:30 a.m. The courtroom will open at 8:00 a.m.

**SO ORDERED.**

Date: 1/26/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:
BASEEMAH WILLIAMS
526 North Ave East
Apt. #101
Westfield, NJ 07090

All Electronically Registered Counsel.

Electronic Notice to USM-C.