UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BASEEMAH WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLAS TULINO, Acting Postmaster )<br>General, )<br>)<br>Defendant. ) | Cause No: 1:22-cv-02267-JPH-CSW |

### VERDICT FORM

With regard to the claim of racial harassment brought by the Plaintiff, Baseemah Williams, against the Defendant, Douglas Tulino, Acting Postmaster General, we, the jury, unanimously find that Baseemah Williams has proven each of the essential elements of her claim by preponderance of the evidence:

Yes_____    No __X__

If you answered "yes" on the issue of liability, then you must unanimously agree upon an amount to award as reasonable damages payable to Baseemah Williams by Douglas Tulino, Acting Postmaster General.

The amount of damages awarded is $_____

Dated: 2-5-2026